# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FRACTURELABS OÜ, | |
| Plaintiff, | Case No. 24-cv-10249 |
| vs. | District Judge Jeffrey I. Cummings |
| JUMP TRADING, LLC, | |
| Defendant. | |

## CORPORATE DISCLOSURE STATEMENT AND
## NOTICE OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1) and Local Rule 3.2, Defendant Jump Trading, LLC, a non-governmental entity, states that no publicly traded corporation owns 5% or more of its stock, that it is wholly owned by Jump Trading Holdings, LLC, and that its affiliates are Jump Trading Holdings, LLC, Jump Financial, LLC, and various trusts associated with William DiSomma and Paul Gurinas.

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Jump Trading, LLC states that it is a limited liability company and is considered, for diversity jurisdiction purposes, a citizen of all jurisdictions in which the members of the limited liability company and all limited liability companies above it in the chain of ownership are citizens, without regard to whether such members have any voting rights or ability to control and no matter how small their ownership interests. Accordingly, solely for purposes of FRCP 7.1(a)(2), Jump Trading, LLC states that it is a citizen of Illinois, New Jersey, New York, China, France, India, and Russia based on the citizenship of members of a limited liability company above it in the chain of ownership.:

1. Jump Trading, LLC is a Delaware limited liability company whose sole member is Jump Trading Holdings, LLC.

2. Jump Trading Holdings, LLC is a Delaware limited liability company whose members are Jump Financial, LLC; Jump Traders, LLC; and JEIV Partners LLC.

3. Jump Financial, LLC is a Delaware limited liability company whose members are the William DiSomma Trust, the Trustee of which is William DiSomma, a citizen of Illinois; the Paul A. Gurinas Trust, the Trustee of which is Paul Gurinas, a citizen of Illinois; the Gurinas 2020 Dynasty Trust, the Trustee of which is Jessica Gurinas, a citizen of Illinois; and various individuals, listed in **Appendix A**, who are citizens of Illinois and New York.

4. Jump Traders, LLC is a Delaware limited liability company whose members are various individuals, listed in **Appendix B**, all of whom are citizens of Illinois.

5. JEIV Partners LLC is a Delaware limited liability company whose members are River View Investments II LLC, and various individuals, listed in **Appendix C**, who are citizens of Illinois, New Jersey, New York, China, India, France and Russia.

6. River View Investments II LLC is a Delaware limited liability company whose members are DYSO TC, LLC and PXG, LLC.

7. DYSO TC, LLC is a Delaware limited liability company whose sole member is the William DiSomma Trust, the Trustee of which is William DiSomma, a citizen of Illinois.

8. PXG, LLC is a Delaware limited liability company whose sole member is the Paul A. Gurinas Trust, the Trustee of which is Paul Gurinas, a citizen of Illinois.

Dated:  November 7, 2024                          Respectfully Submitted,

*/s/ Gary Feinerman*

Counsel for Defendant Jump Trading, LLC

Gary Feinerman (ARDC # 6206906)
Eric Swibel (ARDC # 6209701)
Jack McNeily (ARDC # 6332140)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Email: gary.feinerman@lw.com
eric.swibel@lw.com
jack.mcneily@lw.com