# Appendix A

Jump Financial, LLC has the following individual members:

- Matthew Schrecengost, a resident of Illinois;
- Kevin Bowers, a resident of Illinois;
- Brandon Ackley, a resident of Illinois;
- David Heatley, a resident of Illinois;
- David Olsen, a resident of New York; and
- Matthew Hinerfeld, a resident of Illinois