# Appendix B

Jump Traders, LLC has the following individual members:

- Stephen Kao, a resident of Illinois;

- Andrew Seputis, a resident of Illinois; and

- Todd Fryer, a resident of Illinois