# Appendix C

JEIV Partners, LLC has the following individual members:

- Andrew Das Sarma, a resident of Illinois;

- Joseph Li, a resident of Illinois;

- Tejvinder Parmar Revocable Trust, whose trustees, Tejvinder Parmar and Shalini Ravella, are residents of Illinois;

- Tonya Adduci, a resident of Illinois;

- David Heatley, a resident of Illinois;

- Matt Schrecengost, a resident of Illinois;

- John J. Smith III Revocable Trust, whose trustee, John J. Smith, is a resident of New York;

- Ari Kaplan, a resident of Illinois;

- Colleen Hickey, a resident of Illinois;

- Charles Huang, a resident of Illinois;

- Ryan Ranson, a resident of Illinois;

- Kannan Ramaswamy, a resident of Illinois;

- Neeraj Shekhar, a resident of New York;

- Yu Lin, a resident of Illinois and a citizen of China;

- Shah Family Trust, whose trustees, Ritesh Anil Shah and Shilpi Kansal Shah, are residents of Illinois;

- The Tree of Life Trust, whose trustee, Deepak K. Singh, is a resident of Illinois and a citizen of India;

- Pavel Lebedev, a resident of Illinois and a citizen of Russia;

- Erin Clark, a resident of Illinois;

- Troy Zimmerman, a resident of Illinois;

- McKennon Biers, a resident of Illinois;

- Daniel Montealegre, a resident of Illinois;

- Steven J. Novatney Revocable Trust, whose trustee, Steven J. Novatney, is a resident of Illinois;

- Kevin Qi, a resident of New Jersey;

- Rahul Agarwal, a resident of Illinois and a citizen of India;

- Marcello Bartucci Trust, whose trustee, Marcello Bartucci, is a resident of Illinois;

- Michael Capicotto, a resident of Illinois;

- Naveen Krishnan, a resident of Illinois; and

- Jean Despons, a resident of Illinois and a citizen of France